UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| YOUNA DOSS, | : | |
|     Plaintiff, | : | |
| | : | C.A. No. 1:24-cv-13016 |
| v. | : | |
| | : | |
| AMERICAN FAMILY CONNECT | : | |
| PROPERTY AND CASUALTY | : | |
| INSURANCE COMPANY, | : | |
|     Defendant. | : | |

**NOTICE OF REMOVAL BY
DEFENDANT, AMERICAN FAMILY CONNECT PROPERTY CASUALTY
INSURANCE COMPANY**

Now comes the defendant, American Family Connect Property and Casualty Insurance Company ("American Family"), and gives notice of removal pursuant to 28 U.S.C. § 1446. In further support of removal, the defendant, by and through its attorneys, Hassett & Donnelly, P.C., states as follows:

1. The plaintiff commenced that above-captioned matter on or about October 17, 2024 by filing a complaint in the Superior Court Department of the Trial Court, Commonwealth of Massachusetts. The action is now pending in that Court.

2. On November 18, 2024, counsel for American Family agreed to accept service on behalf of American Family. A copy of the Complaint together with the Civil Action Cover Sheet, which constitute all of pleadings which American Family is aware of to date, are attached as *Exhibit 1.*

3. The claim or cause of action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and is one which may be removed to this Court by the defendant pursuant to the provisions of 28 U.S.C. § 1441 in that

the plaintiff's Complaint is based on allegations of diversity of citizenship (i.e. the plaintiff is a Massachusetts resident and the defendant is a foreign insurance company with principal place of business in Wisconsin) and the plaintiff claims damages of $300,000.00 so that the amount in controversy exceeds the minimum required by law.

4. This Notice of Removal is filed within the time provided by 28 U.S.C. § 1446(b) and the Federal Rules of Civil Procedure.

5. Upon the filing of this Notice of Removal, American Family shall give written notice thereto John A. Donovan, III, Esquire, and Matthew D. Rush, Esquire of Sloane and Walsh, LLP, One Boston Place, 201 Washington Street, Suite 1600, Boston, MA 02108, and the defendant shall file copies of the Notice and Notice of Filing of Removal with the Court Clerk, Superior Court Department of the Trial Court, Commonwealth of Massachusetts, Norfolk County, Dedham, Massachusetts.

6. By filing this Notice, American Family does not waive any defenses which may be available to it, including, but not limited to, absence of venue in this Court or the Court from which this action has been removed.

WHEREFORE, the defendant, American Family Connect Property and Casualty Insurance Company, removes the above-caption action now pending against it in the Superior Court Department of the Trial Court, Commonwealth of Massachusetts, Norfolk County, Massachusetts to the United States District Court for the District of Massachusetts, where it shall proceed as an action originally commenced therein.

DATED:    Worcester, Massachusetts
          December 5, 2024

                    DEFENDANT,
                    AMERICAN FAMILY CONNECT
                    PROPERTY AND CASUATLY
                    INSURANCE COMPANY,

*/s/ Scott T. Ober*
_____
Scott T. Ober, Esquire (BBO#567666)
sober@hassettdonnelly.com
Hassett and Donnelly, P.C.
446 Main Street, 12th Floor
Worcester, MA 01608
(508) 791-6287

Dated: December 5, 2024

## CERTIFICATE OF SERVICE

I, Scott T. Ober, counsel of record for the defendant, American Family Connect Property and Casualty Insurance Company, in this action, do hereby certify that I have served a copy of the foregoing to all counsel of record, via ECF System, this 5th day of December, 2024.

I hereby further certify that on this date I caused a copy of the Defendant's Notice of Filing of Removal together with a copy of the Notice of Removal to be delivered for filing to the Clerk, Norfolk County Superior Court, Commonwealth of Massachusetts, 650 High Street, Dedham, MA 02026.

*/s/ Scott T. Ober*
_____
Scott T. Ober, Esquire